UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH POWELL,<br>Plaintiff,<br>v.<br>ELENA TOOTELL, M.D., et al.,<br>Defendants. | Case No. 19-cv-02859-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Powell has not filed an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order to file an amended complaint and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Powell may move to reopen. Any such motion must contain an amended complaint that appears on this Court's form and complies in all respects with the Court's order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 25, 2019

WILLIAM H. ORRICK
United States District Judge